■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL D. AUSTIN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People*

*v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Cunningham, J.—robbery, first degree.) Present —Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ.